# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CASSANDRA ROSE DEMOLICK** and **KEITH KUROS,**   Plaintiffs | : : : : : : : : | No. 1:21-cv-01454  (Judge Kane) |
| v. | | |
| **UNITED STATES OF AMERICA,**   Defendant | | |

## ORDER

**AND NOW**, on this 24th day of March 2022, upon consideration of Defendant's motion to dismiss (Doc. No. 8), its brief in support and the exhibits thereto (Doc. Nos. 9, 9-1, 9-2, 9-3), Plaintiffs' brief in opposition (Doc. No. 13), and Defendant's brief in reply (Doc. No. 14), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 8) is **GRANTED** and Plaintiffs' complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of the Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania